UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 2:04-cr-00206-LRH-RJJ |
| Plaintiff,  ) | |
| ) | ORDER |
| vs.  ) | |
| CHARLES EDWARD DEAN,  ) | |
| Defendant.  ) | |

Before the court is Defendant's September 27, 2008, letter (#78). To the extent the Defendant's request would be deemed as a motion for modification of the terms of his supervised release, the motion is denied. It was the intention of the court that the condition of supervised release that he "shall reside in and participate in a residential reentry center for a period of 6 months as approved and directed by the probation officer" follow his term of incarceration and be a condition of his supervised release. The motion for modification of conditions of supervised release (#78) is, therefore, denied.

DATED this 2nd day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE